DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROSE LANNQUIST GOULDY,**
Appellant,

v.

**MICHAEL A. PEAK** and **AMANDA MUNYAN,**
Appellees.

No. 4D2023-1502

[August 29, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case No. 502013CP003317.

Rose Lannquist Gouldy, Palm Beach Gardens, pro se.

Timothy M. Chiasson and Jonnie M. Jennings of Perri & Jennings, Shalimar, for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GERBER and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***